

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00058-CR

Cynthia Torres **LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-08-00087-CRF
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 15, 2016.

_____
Rebeca C. Martinez, Justice